UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE BRODIE, J.            DATE: 3/6/2015            Time: 11:10-11:55
*CR-14-105-004*

# CRIMINAL CAUSE FOR SENTENCING

DEFENDANT NAME:      Araceli Navarrete-Castro

✓ **Present**      Not Present      ✓ **Cust.**      Bond

DEFENSE COUNSEL:      **Michelle A. Gelernt**

✓ **Present**      Not present      CJA      RET      ✓ **Federal Defenders**

A.U.S.A.:   **Taryn A. Merkl**            CLERK: Ogoro N. Francis
CR:         Wendy Ricard                  USPO: John J. Lanigan
INT: Sp.    Mario Michelena

- CASE CALLED.

- SENTENCING HELD.

- STATEMENTS OF DEFENDANT AND COUNSEL HEARD.

- *DEFENDANT WAS SENTENCED TO COUNT  FIVE (5)  OF THE UNDERLYING INDICTMENT.*

SENTENCE TEXT:

The Court accepted the defendant's change of plea before Magistrate Judge Levy on August 21, 2014. The defendant was sentenced to TIME SERVED. A Supervised Release term of ONE (1) YEAR with Special Conditions of Supervised Release. A Mandatory Special Assessment of ONE HUNDRED ($100) DOLLARS.  No Fine. No Restitution.  All open counts were dismissed upon a Motion made by the government.  The defendant was advised of her right to appeal.